# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2022

## NO. 03-19-00266-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas// Cross-Appellant, Duncan Burch, Inc., Appellant**

**v.**

**Appellee, Duncan Burch, Inc.// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### DISMISSED ON JOINT MOTION TO DISMISS APPEAL
### OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on April 22, 2019. Parties have filed a joint motion to dismiss the appeal, and having considered the motion the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Both parties shall bear all costs relating to this appeal, both in this Court and in the court below.